UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 22-1223


RALPH TREY JOHNSON; et al.

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.


National Collegiate Athletic Association;
Cornell University; Fordham University;
Lafayette College; Sacred Heart University;
Villanova University,
                                        Appellants


ORDER AMENDING OPINION

The precedential opinion issued on July 11, 2024 is further amended. Amicus Appellee Professor Michael H. LeRoy's surname was incorrectly listed as Leroy. The opinion is amended to correctly reflect the correct surname LeRoy.


For the Court,


PATRICIA S. DODSZUWEIT,

Clerk


Date: July 25, 2024
cc: All Counsel of Record